USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/3/2021___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x

**TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND ET AL.,**

                 **Petitioners,**

                 -against-

**STEPHEN IFILL D/B/A MUR CONSTRUCTION,**

                 **Respondent.**
-------------------------------------------------------- x

**1:21-cv-8937-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    Petitioners are directed to file proof of service of the Petition and the accompanying materials with the Court on or before **November 10, 2021.**

    **SO ORDERED.**

**Dated:** Nov. 3, 2021
         New York, New York

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**