USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/22/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND ET AL.,

                           Petitioners,

-against-

STEPHEN IFILL D/B/A MUR CONSTRUCTION,

                           Respondent.

------------------------------------------------------------ x

1:21-cv-8937-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      Petitioners were directed to file proof of service of the Petition and the accompanying materials on Respondent on or before November 10, 2021. To date, they have not done so. Petitioners are hereby **ORDERED** to serve the Petition and accompanying materials on Respondent, if not yet done so, and file the aforementioned proof of service on ECF by **December 29, 2021**.

**SO ORDERED.**

**Dated:** Dec. 22, 2021
           New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**