**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, and
APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY FUND,
THE CARPENTER CONTRACTOR ALLIANCE
OF METROPOLITAN NEW YORK, and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

       Petitioners,      21 **CIVIL** 8937 (ALC)

  -against-           **JUDGMENT**

STEPHEN IFILL D/B/A MUR CONSTRUCTION,
       Respondents.
-----------------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order Granting Petition to Compel Arbitration dated April 10, 2023, Petitioners' motion to confirm the arbitration award is GRANTED. The Clerk of Court is directed to award judgment in favor of the Petitioners and against Respondent in the amount of $219,694.81 pursuant to the arbitration award with interest to accrue at the annual rate of 5.25% from the date of the award, pursuant to the arbitrator's award for the amount of $239,033.97, plus $630 in attorneys' fees and $77 in costs arising out of this petition, for the sum total of $239,740.97, and post-judgment interest at the statutory rate.; accordingly, the case is closed.

**Dated:** New York, New York
     April 11, 2023

                 **RUBY J. KRAJICK**

                _____
                   **Clerk of Court**

          **BY:**
                _____
                   **Deputy Clerk**